IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETH OUELLETTE | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-1417 |
| | : | |
| DIRECT SAT USA LLC | : | |

**ORDER**

Juan R. Sánchez, C.J.                                                                                                    October 19, 2022

AND NOW, this 19th day of October, 2022, upon consideration of Defendant Direct Sat USA LLC's Motion to Dismiss [Document No. 8] and Plaintiff Beth Ouellette's opposition thereto, it is hereby ORDERED the Motion is DISMISSED.

BY THE COURT:

 /s/  Juan R. Sánchez
Juan R. Sánchez, C.J.

1